1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

7              IN THE UNITED STATES DISTRICT COURT FOR

8                 THE EASTERN DISTRICT OF CALIFORNIA

9                           AT FRESNO

10 VICKI PEREZ                    )
                                  )    1:05-CV-296 AWI DLB
11                                )
           Plaintiff,             )    STIPULATION AND ORDER TO DISMISS
12                                )
   vs.                            )
13                                )
   JO ANNE B. BARNHART,           )
14 Commissioner of Social         )
   Security,                      )
15                                )
           Defendant.             )
16 _____)

18     IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil
19 Action filed on February 25, 2005, on behalf of Plaintiff be dismissed.  After thorough
20 review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to
21 continue.  Plaintiff's counsel has conferred with Plaintiff and both are in agreement to
22 dismissal.

23 / /
24 / /
25 / /
26 / /
27 / /
28 / /

1 | Dated: November 28, 2005 | /s/ Gina Fazio

2 | | GINA FAZIO, ESQ.
  | | Attorney for Plaintiff

3 |
  | Dated: November 30, 2005
4 | | MCGREGOR SCOTT
  | | United States Attorney
5 |
  | | By: /s/ Kimberly A. Gaab
6 | | (as authorized via facsimile)
  | | KIMBERLY A. GAAB
7 | | Assistant U.S. Attorney
  | IT IS SO ORDERED.
8 |
  | **Dated:   November 30, 2005**        **/s/ Dennis L. Beck**
9 | 3c0hj8                                 UNITED STATES MAGISTRATE JUDGE

2